BUTLER *v.* THE MAYOR, &c. OF NEW YORK, 7 Hill, 329.

In S. Ct. 1 Hill, 489.

*Award ; Submission ; Evidence.*

THE submission in this case, was limited to the "appraisal of the diminished or increased cost, consequent upon any alteration in the form, proportions, or construction of the building, called the Halls of Justice."

The arbitrators awarded, that the plaintiff was *entitled to receive* from the Mayor, Aldermen, &c. of the city of New York, the sum of $2,385, for the increased cost of said building, "*after he shall have filled up the outside paved ways.*"

Upon this award, Butler sued the Corporation of New York, in the Superior Court of the City of New York and obtained judgment; but in consequence of certain

decisions at the trial, a portion of his claim was excluded. He accordingly brought error to the Supreme Court, where the judgment of the Superior Court was affirmed.

The plaintiff offered to prove by parol on the trial of the cause, that the arbitrators had allowed against him, a large sum for defective workmanship, in those parts of the building which *had not been altered in form or construction.* The Court, however, rejected it.

The Court of Errors held, this parol evidence was admissible to invalidate the award, by showing that the arbitrators exceeded their powers, though the submission and award are in writing, and under seal; and that the rule being the same in this respect, both at law and in equity, the plaintiff might thus on the trial at law, impeach the award, which was set up to defeat his recovering.

They also held, that such an excess of the arbitrators beyond the limits of the submission, would avoid the award.

Judgment reversed, 13 to 1.